| | | |
|---|---|---|
| United States District Court | Southern District of Texas | |

United States District Court
Southern District of Texas
**ENTERED**
March 15, 2019
David J. Bradley, Clerk

Carolyn Stone, §
§
　　　　Plaintiff, §
§
versus §　　　Civil Action H-19-413
§
Harley Marine Services, Inc., et al., §
§
　　　　Defendants. §

## Order Denying Remand

Carolyn Stone's motion to remand is denied. (5)

Signed on March  15 , 2019, at Houston, Texas.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　United States District Judge