IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAROLYN STONE, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 4:19-CV-00413 |
| | § | |
| HARLEY MARINE SERVICES, INC., | § | |
| HARLEY MARINE GULF, LLC, | § | |
| HARLEY CHANNELVIEW | § | |
| PROPERTIES, LLC, | § | JURY DEMANDED |
| | § | |
|     Defendants. | § | |

## CASE STATUS REPORT

Plaintiff Carolyn Stone ("Plaintiff" or "Stone") and Defendants Harley Marine Services, Inc., Harley Marine Gulf, LLC, and Harley Channelview Properties, LLC (collectively, "Defendants") submit the following information pursuant to the Court's Order to Report dated May 11, 2021 (Doc. 52):

1. *Status of mediation*: The Parties conducted mediation on April 28, 2021, with mediator Judge Mark Davidson. The case did not settle at mediation.

2. *Next steps to advance the litigation*: The Parties intend to conduct discovery, which shall include requests for production, interrogatories, and requests for admissions.

   a. Defendants intend to conduct depositions of Plaintiff Carolyn Stone, Bobby Stone, Mike Murphy, and Boone Towing.

   b. Plaintiff intends to conduct depositions of one or more corporate representatives of the Defendants.

   c. The Parties may also need to depose additional individuals and/or entities based on the outcome of these depositions.

3. Joinder of additional parties must be completed by July 12, 2021.

4. The Plaintiff and any other party seeking affirmative relief in the case shall designate any experts on or before July 29, 2021. Any rebuttal experts must be designated by August 30, 2021.

5. Challenges to expert designations shall be filed by September 30, 2021.

6. All dispositive motions shall be filed by September 30, 2021.

7. Case shall be set for trial after the court rules on dispositive motions or other pretrial requests for relief.

8. The Parties anticipate that the pending matters can be tried in 3-5 days.

Dated: May 14, 2021.

Respectfully submitted,

By: ___/s/ Amy Catherine Dinn (by permission)___
Amy Catherine Dinn
Texas State Bar No. 24026801
Fed. Id. No. 29009
P.O. Box 398
Houston, Texas 77001-0398
713-652-0077 ext. 1118
Fax 713-652-3141
adinn@lonestarlegal.org
**ATTORNEY IN CHARGE FOR PLAINTIFF CAROLYN STONE**

OF COUNSEL:

LONE STAR LEGAL AID

Rodrigo Cantú
Texas State Bar No. 24094581
713-652-0077 ext. 1270
rcantu@lonestarlegal.org
Heejin Hwang
Texas State Bar No. 24116552
713-652-0077 ext. 1177

2

hhwang@lonestarlegal.org

                                      **CLARK HILL STRASBURGER**

By:   */s/ James M. Kimbell (by permission)*
      **JAMES M. KIMBELL**
      State Bar No. 11420000
      Federal ID. 1627
      909 Fannin, Suite 2300
      Houston, Texas 77010-3033
      (713) 951-5600 – Telephone
      (713) 951-5660 – Facsimile
      james.kimbell@clarkhillstrasburger.com

**ATTORNEY FOR DEFENDANTS HARLEY MARINE SERVICES, INC. AND HARLEY MARINE GULF, LLC**

**OF COUNSEL:**

**CLARK HILL STRASBURGER**

**MISHA PALTIYEVICH**
State Bar No. 24095695
Federal ID. 3060542
909 Fannin, Suite 2300
Houston, Texas 77010-3033
(713) 951-5600 – Telephone
(713) 951-5660 – Facsimile
misha.paltiyevich@clarkhillstrasburger.com

**DAVID JAMES**
State Bar No. 24032467
Federal ID. 588556
2615 Calder Avenue, Suite 240
Beaumont, Texas 77702
(409) 351-3800 – Telephone
(409) 351-3883 – Facsimile
david.james@clarkhillstrasburger.com

**WILSON, CRIBBS & GOREN, P.C.**

By: <u>*/s/ Scot Clinton*</u>
      Brian Kilpatrick
      Attorney-In-Charge
      Texas Bar No. 24074533
      Federal ID No.: 1139804
      Scot Clinton
      Texas Bar No. 24045667
      Federal ID No.: 569701
2500 Fannin Street
Houston, Texas 77002
(713) 222-9000 Tel.
(713) 229-8824 Fax
bkilpatrick@wcglaw.com
sclinton@wcglaw.com

**ATTORNEYS FOR DEFENDANT HARLEY CHANNELVIEW PROPERTIES, LLC**

## CERTIFICATE OF SERVICE

    I certify that on May 14, 2021 a copy of this Case Status Report was served on all counsel of record through the CM/ECF E-File System.

                <u>*/s/ Scot Clinton*</u>
                Scot Clinton