United States District Court
Southern District of Texas

**ENTERED**

October 17, 2023

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **CAROLYN STONE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:19-CV-00413** |
| | § | |
| **HARLEY MARINE SERVICES, INC.,** | § | |
| **HARLEY MARINE GULF, LLC,** | § | |
| **HARLEY CHANNELVIEW** | § | |
| **PROPERTIES, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b)(3), the Court returns Defendants' Motion for Summary Judgment on Plaintiffs' Nuisance Claim, (Dkt. No. 117), and Defendants' Motion for Partial Summary Judgment on Plaintiff's Breach of Restrictive Covenants Claim–Statute of Limitations, (Dkt. No. 120), to Magistrate Judge Peter Bray to reconsider his findings and conclusions in light of Plaintiff's objections, (Dkt. No. 142), to Judge Bray's Memorandum and Recommendation, (Dkt. No. 140), and Defendants' response to Plaintiff's objections, (Dkt. No. 143). Based on his review, Judge Bray shall reissue an M&R on the dispositive issues raised in those motions.

It is SO ORDERED.

Signed on October 17, 2023.

DREW B. TIPTON
UNITED STATES DISTRICT JUDGE