UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAROLYN STONE, § | | |
|    Plaintiff, § | | |
| § | | |
| v. § | | |
| § | CIVIL ACTION: 4:19-cv-00413 | |
| § | | |
| HARLEY MARINE SERVICES, § | | |
| INC., ET AL., § | | |
|    Defendants. § | | |

### AGREED NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

All parties jointly file this agreed notice of settlement and dismissal with prejudice. The parties hereby notify the Court that a binding settlement agreement has been signed by all parties as of June 4, 2024. Accordingly, the parties, by and through their undersigned counsel of record, stipulate and agree to the dismissal with prejudice of all pending claims and counterclaims raised in the above-styled action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the settlement agreement among the parties.

The parties jointly stipulate that each party will bear its own attorneys' fees and costs in connection with this matter, except that this stipulation does not modify any indemnification agreements or obligations among Defendants, and that each party waives its right to appeal. The parties request that the Court enter an Order of Dismissal with Prejudice in the form attached as Exhibit 1.

Respectfully submitted,

**LONE STAR LEGAL AID**

*/s/ Amy Catherine Dinn*
Amy Catherine Dinn
State Bar No. 24026801
Federal Id. 29009
P.O. Box 398
Houston, Texas 77001
713-652-0077, Ext. 1118
Fax 713-652-3141
adinn@lonestarlegal.org

**ATTORNEY IN CHARGE FOR PLAINTIFF CAROLYN STONE**

**WILSON, CRIBBS & GOREN, P.C.**

    Brian Kilpatrick
    Attorney-In-Charge
    Texas Bar No. 24074533
    Federal ID No.: 1139804
    Scot Clinton
    Texas Bar No. 24045667
    Federal ID No.: 569701
    Sara Prasatik
    Texas Bar No. 24088251
    Federal ID No.: 3229840
1233 West Loop South, Suite 800
Houston, Texas 77027
(713) 222-9000 Tel.
(713) 229-8824 Fax
bkilpatrick@wcglaw.com
sclinton@wcglaw.com
sprasatik@wcglaw.com

**FOGLER, BRAR, O'NEIL & GRAY, LLP**

*/s/ Jas Brar*
Jas Brar
Texas State Bar No. 24059483
Deborah C. Milner
Texas State Bar No. 24065761
2 Houston Center
909 Fannin Street, Suite 1640
Houston, Texas 77010
Telephone: (713) 481-1010
Facsimile: (713) 574-3224
jbrar@foglerbrar.com
cmilner@foglerbrar.com

**ATTORNEYS FOR DEFENDANT HARLEY CHANNELVIEW PROPERTIES, LLC**

**CLARK HILL PLC**

By: */s/ James M. Kimbell*
**JAMES M. KIMBELL**
Fed. Bar No. 1627
State Bar No. 11420000
**ERNESTO ALVAREZ JR.**
Fed. Bar No. 2608833
State Bar No. 24100117
909 Fannin, Suite 2300
Houston, Texas 77010-3033
(713) 951-5600 – Telephone
(713) 951-5660 – Facsimile
jkimbell@clarkhill.com
ealvarez@clarkhill.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT HARLEY MARINE SERVICES, INC. AND HARLEY MARINE GULF, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing instrument to be served via ECF on all counsel of record on this the 4th day of June, 2024.

By:   /s/ *Amy Catherine Dinn*
      Amy Catherine Dinn