Case 4:19-cv-00413   Document 153   Filed on 06/18/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 18, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **CAROLYN STONE,** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | |
| § | **CIVIL ACTION: 4:19-cv-00413** | |
| **HARLEY MARINE SERVICES, INC.,** § | | |
| **ET AL.,** § | | |
| Defendants. § | | |

## ORDER OF DISMISSAL WITH PREJUDICE/FINAL JUDGMENT

Now before the Court is the parties' joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In accordance with that stipulation, the Court hereby ORDERS:

The above-styled case is DISMISSED WITH PREJUDICE.

Each party shall bear its own attorneys' fees, court costs, and other expenses in this matter. This order does not modify any indemnification agreements or obligations among Defendants.

This order disposes of all claims and all parties and is a final judgment.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas this __18th__ day of __June__, 2024.

_____
Hon. Drew B. Tipton
United States District Judge